NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES O'KEEFE and DEMODULATION, INC.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FRIEDMAN & FRIEDMAN, LTD.,<br><br>　　　　　　　　　Defendant. | Civil Action No. 16-4866 (SDW) (LDW)<br><br>**ORDER**<br><br><br>September 5, 2018 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Leda Dunn Wettre's ("Judge Wettre") Report and Recommendation ("R&R"), dated August 16, 2018, which recommends that Defendant's Motion to Dismiss for lack of personal jurisdiction be granted. No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (ECF No. 48) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　s/ Susan D. Wigenton, U.S.D.J.

Orig:　Clerk
cc:　　Parties
　　　　Magistrate Judge Wettre